IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No. 1:15-cv-00527** |
| v. ) | |
| ) | **Judge Robert W. Gettleman** |
| Marriott Hotel Services, Inc., d/b/a Marriott ) | |
| Fairfield Inn and Suites Lombard ) | **Magistrate Judge Michael T. Mason** |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE

NOW COMES the Plaintiff, HOWARD COHAN, by and through his attorneys, Law Offices of Jacobson and Tchernev, Ltd., and moves this Honorable Court to grant his motion to dismiss Defendant, MARRIOTT HOTEL SERVICES, INC., d/b/a MARRIOTT FAIRFILED INN AND SUITES with prejudice and to dismiss this action with prejudice, and in support of said motion, states as follows:

1. Plaintiff, HOWARD COHAN, and Defendant, MARRIOTT, have reached an agreement to settle this matter, with each side bearing its own costs and expenses.

WHEREFORE, Plaintiff, HOWARD COHAN, respectfully requests that this Honorable Court grant his motion to voluntarily dismiss this matter, with prejudice and with each side bearing their own fees and costs, and for any further relief this Court deems fair and just.

On behalf of the movant,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office

2

        (312) 781-6732 Fax
        legal@lawjtchicago.com
        Illinois Bar Number: 6304132