IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Case No. 1:15-cv-00527** |
| v. | ) |
| | ) **Judge Robert W. Gettleman** |
| Marriott Hotel Services, Inc., d/b/a Marriott | ) |
| Fairfield Inn and Suites Lombard | ) **Magistrate Judge Michael T. Mason** |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

Mr. Mark Gross
15 Salt Creek Lane, Suite 207
Hinsdale, Illinois 60521

**PLEASE TAKE NOTICE** that on June 4, 2015 at 9:15 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert Gettleman or any judge sitting in his or her stead in Courtroom 1703 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

*Plaintiff's Uncontested Motion to Dismiss the Case with prejudice*

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132