## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Howard Cohan

                    Plaintiff,

v.                                             Case No.: 1:15−cv−00527
                                                      Honorable Robert W. Gettleman

Marriott Hotel Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2015:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's uncontested motion to dismiss [15] the case with prejudice is granted. Civil case terminated. Status hearing date of 6/30/2015 is stricken. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.